IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-00266

CAMERYN SMITH,

    Plaintiffs,

v.

QUEENS UNIVERSITY OF CHARLOTTE,

    Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, the Defendant, Queens University of Charlotte ("Defendant" or "Queens"), hereby files this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 22-CVS-4024, to the United States District Court for the Western District of North Carolina, Charlotte Division. The removal of this civil action is proper because:

1. This civil action was originally filed in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 22-CVS-4024 (the "State Court Action"). Mecklenburg County is within the District of this Court.

2. On March 12, 2022, Plaintiff issued a Civil Summon to be served with the Complaint.

3. On March 17, 2022, Plaintiff filed a Complaint in the State Court Action.

4. On April 13, 2022, Plaintiff issued an alias and pluries Summons to be Served with the Complaint.

5. Plaintiff served a copy of the Summonses and Complaint on Defendant on or about May 17, 2022.

6. The Defendant accepted service of the Complaint on May 17, 2022.

4

7. A copy of the Summonses and Complaint served on the Defendant in the State Court Action are attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

8. This removal petition is timely filed within thirty (30) days after the Defendant was served with the Summons and Complaint. See 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action because the Complaint alleges claims that arise under the Constitution and laws of the United States. Therefore, this action is suitable for removal under 28 U.S.C. § 1441. Specifically, the Plaintiff asserts claims against the Defendant arising under Title IX to the United States Constitution and 20 U.S.C. §§ 1681, *et. al.* for alleged deliberate indifference.

10. Plaintiff also alleges a state claim connected by the same chain of events from which Plaintiff's federal claims arise. This state claim is so related to Plaintiff's federal claims "that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, the Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) of the state law cause of action brought by Plaintiff in this lawsuit.

13. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, the Defendant is submitting for filing with the Superior Court of Mecklenburg County the Notice of Filing of Notice of Removal that is attached hereto as **Exhibit B**. In addition, on this 15th day of June, 2022, Defendant is serving a copy of this Notice of Removal on all counsel of record via United States Mail, first-class postage prepaid.

**WHEREFORE,** Defendant, Queens University of Charlotte, having shown that the State Court Action is properly removable under federal question jurisdiction, respectfully requests the Court to exercise its jurisdiction over the State Court Action.

Respectfully submitted, this 15th day of June, 2022.

/s/ Kathleen K. Lucchesi
Kathleen K. Lucchesi, N.C. State Bar No. 24286

5

Kelly A. Walker, N.C. State Bar No. 49535
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Tel: (980) 465-7245
Email: Kathleen.Lucchesi@Jacksonlewis.com
Email: Kelly.Walker@JacksonLewis.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this **NOTICE OF REMOVAL** was filed electronically and served on all parties through their counsel via first-class mail, postage prepaid and properly addressed as follows:

Geraldine Sumter
Ferguson Chambers & Sumter, P.A.
309 East Morehead Street, Suite 110
Charlotte, NC 28202
gsumter@fergusonsumter.com

*Attorney for Plaintiff*

**THIS** 15th day of June, 2022.

/s/ Kathleen K. Lucchesi
Kathleen K. Lucchesi, NCSB No. 24286
Kelly A. Walker, N.C. State Bar No. 49535
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Tel: (980) 465-7245
Email: Kathleen.Lucchesi@Jacksonlewis.com
Email: Kelly.Walker@JacksonLewis.com

*Attorneys for Defendant*